UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYRONE BRANTLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRISMA LABS, INC.,<br><br>Defendant. | Case No. 1:23-cv-1566<br><br>Honorable Jorge L. Alonso<br><br>**ORAL ARGUMENT REQUESTED** |

**PRISMA LABS, INC.'S MOTION TO DISMISS**
**PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Prisma Labs, Inc. ("Prisma") respectfully moves to dismiss Plaintiff Tyrone Brantley's Class Action Complaint ("Complaint"). As set forth in the accompanying Memorandum, Prisma is the developer of the Lensa photo and video editing app, a program Plaintiff never alleges that he used. The Complaint suggests that Plaintiff has sued the wrong party, as he repeatedly tries to attribute the actions of third-parties Stability AI and LAION to Prisma. The Complaint should be dismissed because, among other things: (i) Plaintiff lacks Article III standing to pursue his claims; (ii) Plaintiff's allegations are unsupported and speculative; (iii) Plaintiff attempts to apply BIPA to extraterritorial conduct; and (iv) Prisma never took an active step to obtain Plaintiff's biometric information, let alone profit from or disclose Plaintiff's biometric information. Moreover, based on the allegations set forth in the Complaint, this Court lacks personal jurisdiction over Prisma.

WHEREFORE, Defendant Prisma Labs, Inc. respectfully requests that the Court dismiss the Plaintiff's Complaint with prejudice.

Date: June 28, 2023 Respectfully submitted,

By: */s/ Brenda R. Sharton*
Brenda R. Sharton (*pro hac vice*)
Benjamin M. Sadun (*pro hac vice*)
DECHERT LLP
One International Place,
100 Oliver Street, 40th Floor
Boston, MA 02110
brenda.sharton@dechert.com
benjamin.sadun@dechert.com
Telephone: (617) 728-7100
Facsimile: (617) 275-8374

Christopher S. Burrichter
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601-1608
christopher.burrichter@dechert.com
Telephone: (312) 646-5800
Facsimile: (312) 646-5858

*Attorneys for Defendant Prisma Labs, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that, on June 28, 2023, a copy of the foregoing was filed using the CM/ECF electronic filing system. Service of this filing will be made on attorneys of record in the case by operation of the Court's electronic filing system, and parties may access these filings through the Court's electronic filing system.

                */s/ Brenda R. Sharton*
                Brenda R. Sharton (*pro hac vice*)