UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Tyrone Brantley

                    Plaintiff,

v.                                                  Case No.: 1:23−cv−01566
                                                 Honorable Jorge L. Alonso

Prisma Labs, Inc.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 21, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed the parties' Stipulation [22]. Defendant's Motion to dismiss Plaintiff's class action complaint [18] is denied without prejudice. Defendant's responsive pleading shall be filed by 9/8/23. Plaintiff's response to a new motion to dismiss shall be filed by 10/9/23; Defendant's reply shall be filed by 10/27/23. Motion hearing date of 8/22/23 is stricken. The Court will rule electronically on the motion. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.