# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TYRONE BRANTLEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRISMA LABS, INC.,<br><br>Defendant. | Case No. 1:23-cv-1566<br><br>Honorable Jorge L. Alonso<br><br>**ORAL ARGUMENT REQUESTED** |

## PRISMA LABS, INC.'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Prisma Labs, Inc. ("Prisma") respectfully moves to dismiss Plaintiff's First Amended Class Action Complaint ("FAC") for lack of subject-matter jurisdiction, lack of personal jurisdiction, and failure to state a claim. As set forth in the accompanying Memorandum, the FAC should be dismissed because (i) Plaintiff lacks Article III standing to pursue his claims; (ii) Plaintiff's allegations are unsupported and speculative; (iii) Plaintiff seeks to apply BIPA to extraterritorial conduct outside of Illinois; (iv) Plaintiff fails to state a claim under BIPA, given that (1) There is no relationship between Plaintiff and Prisma; (2) BIPA does not apply to the information at issue; (3) Prisma took no active step to obtain Plaintiff's biometric information, (4) Prisma did not profit from Plaintiff's biometric information, and (5) Prisma did not disclose Plaintiff's biometric information; (v) venue is improper to the extent the purported class includes users of the Lensa App who are subject to binding arbitration; and (vi) the Court lacks personal jurisdiction over Prisma.

WHEREFORE, Defendant Prisma Labs, Inc. respectfully requests that the Court dismiss the Plaintiff's Complaint with prejudice.

Date: September 8, 2023

Respectfully submitted,

By: *Brenda R. Sharton*
Brenda R. Sharton (*pro hac vice*)
DECHERT LLP
One International Place,
100 Oliver Street, 40th Floor
Boston, MA 02110
brenda.sharton@dechert.com
Telephone: (617) 728-7100
Facsimile: (617) 275-8374

Benjamin Sadun (*pro hac vice*)
DECHERT LLP
US Bank Tower
633 West 5th Street, Suite 4900
Los Angeles, CA 90071
benjamin.sadun@dechert.com
Telephone: (213) 808-5700
Facsimile: (213) 808-5760

Christopher S. Burrichter
DECHERT LLP
35 West Wacker Drive, Suite 3400
Chicago, IL 60601-1608
christopher.burrichter@dechert.com
Telephone: (312) 646-5800
Facsimile: (312) 646-5858

*Attorneys for Defendant Prisma Labs, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on September 8, 2023, a copy of the foregoing was filed using the CM/ECF electronic filing system. Service of this filing will be made on attorneys of record in the case by operation of the Court's electronic filing system, and parties may access these filings through the Court's electronic filing system.

                                              *Brenda R. Sharton*
                                              Brenda R. Sharton (*pro hac vice*)