IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Tyrone Brantley,

Plaintiff(s),

v.

Prisma Labs, Inc.,

Defendant(s).

Case No. 23 C 1566
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: The Court grants Defendants' motion to dismiss [26] under Rule 12(b)(1) for lack of subject matter jurisdiction and, alternatively, under Rule 12(b)(2) for lack of personal jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso on a motion to dismiss.

Date: 9/27/2024

Lesley Fairley , Deputy Clerk